United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-15743-amc
Cleo M. James                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: pdf900          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
```
db             +Cleo M. James,    1133 E. Stafford Street,     Philadelphia, PA 19138-1830
14189437       +Bureau of Accounts Control, Inc.,    PO Box 538,    Howell, NJ 07731-0538
14189442        Commonwealth of Pennsylvania,    Department of Labor and Industry,     UI Payment Services,
                 P.O. Box 67503,    Harrisburg, PA 17106-7503
14189443        Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
14189444       +Debt Litigation Specialists Law Offices,     P.M.B. #141,    8001 Castor Avenue,
                 Philadelphia, PA 19152-2701
14189445       +Debt Recovery Solution,    Attn: Bankruptcy,    Po Box 9003,    Syosset, NY 11791-9003
14278859       +Dept. Labor & Indust. Off. of UC Ben. Policy,     651 Boas Street, 6th Floor,
                 Harrisburg, PA 17121-0725
14189448       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189454       +FedLoan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14189465       +Helm Assocs,   801 Bristol Pike,    Croydon, PA 19021-5447
14189466       +Medical Data Systems Inc,    Attn: Bankruptcy Dept,    2001 9th Ave Ste 312,
                 Vero Beach, FL 32960-6413
14227025       +MidFirst Bank,    999 NorthWest Grand Boulevard,     Oklahoma City, OK 73118-6051
14210628       +Midland Mortgage,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,     Philadelphia, PA 19106-1541
14189468        Midland Mortgage Co.,    P.O. Box 26648,    Oklahoma City, OK 73126-0648
14189470       +Navient,    Attn: Bankruptcy,    Po Box 9000,   Wiles-Barr, PA 18773-9000
14207216        Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
14189474       +PGW,   Credit and Collections Department,     800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14189476        Radiology Group Abington,    PO Box 6750,    Portsmouth, NH 03802-6750
14196251       +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14191575       +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002
14189480       +Whipple Law, P.A.,    233 Mount Airy Road,    1st Floor,    Basking Ridge, NJ 07920-2338
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:55     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2019 02:51:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 12 2019 02:51:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14189436        E-mail/Text: EBNProcessing@afni.com Mar 12 2019 02:51:44     Afni, Inc.,    P.O. Box 3517,
                 Bloomington, IL 61702-3517
14189441        E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:55     City of Philadelphia, Law Department,
                 Tax Unit,   BANKRUPTCY GROUP - MSB,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102
14264061        E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:55     City of Philadelphia,
                 Law Department  Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,     Philadelphia, PA  19102-1595
14189439        E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:56     City of Philadelphia,
                 Dept. of Revenue - Water Revenue Bureau,     1401 John F. Kennedy Blvd.,
                 Philadelphia, PA 19102
14189440        E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:56     City of Philadelphia - Law Dept.,
                 One Parkway Bldg.,    1515 Arch Street, 15th Fl,    Philadelphia, PA 19103
14189438       +E-mail/Text: bankruptcy@philapark.org Mar 12 2019 02:52:05     City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
14189446        E-mail/Text: Bankruptcy.Consumer@dish.com Mar 12 2019 02:51:41     Dish Network,    Dept. 0063,
                 Palatine, IL 60055-0063
14189447        E-mail/Text: bankruptcynotices@dcicollect.com Mar 12 2019 02:52:03
                 Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
14189469       +E-mail/Text: bankruptcy@sccompanies.com Mar 12 2019 02:52:09     Midnight Velvet/Swiss Colony,
                 Attn: Bankruptcy,    Po Box 2830,   Monroe, WI 53566-8030
14189475        E-mail/Text: admin@pdminc.net Mar 12 2019 02:51:21     Professional Debt Mediation,
                 Attn: Bankruptcy,    7948 Baymeadows Way, 2nd Floor,    Jacksonville, FL 32256
14221993        E-mail/Text: bnc-quantum@quantum3group.com Mar 12 2019 02:51:28
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14189477       +E-mail/Text: bankruptcy@sw-credit.com Mar 12 2019 02:51:42     Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14189478       +E-mail/Text: External.Collections@phoenix.edu Mar 12 2019 02:52:04     University Of Phoenix,
                 1625 W Fountainhead Pkwy,    Tempe, AZ 85282-2371
14189479        E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:55     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 17
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: pdf900          Total Noticed: 38

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14189449*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189450*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189451*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189452*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189453*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189455*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189456*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189457*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189458*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189459*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189460*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189461*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189462*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189463*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189464*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14189467*      +Medical Data Systems Inc,    Attn: Bankruptcy Dept,    2001 9th Ave Ste 312,
                Vero Beach, FL 32960-6413
14189471*      +Navient,   Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
14189472*      +Navient,   Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
14189473*      +Navient,   Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
                                                                                         TOTALS: 0, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Cleo M. James dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLEO M JAMES                                Chapter 13

Debtor                    Bankruptcy No. 18-15743-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __11th__ day of __March__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
CLEO M JAMES

1133 E. STAFFORD STREET

PHILADELPHIA, PA 19138